B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Western District of Missouri

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Cabinet and Bath Supply Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **43-1495695** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **882 W. Tracker Road, Nixa, MO** ZIP CODE **65714** | Street Address of Joint Debtor (No. & Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Christian** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **882 W. Tracker Road, Nixa, MO** | ZIP CODE **65714** |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cabinet and Bath Supply Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X  Not Applicable**<br>Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cabinet and Bath Supply Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only *one* box.)<br>❑ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br>❑ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X  **Not Applicable**<br>Signature of Debtor<br><br>X  **Not Applicable**<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | X  **Not Applicable**<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X  **/s/ David E. Schroeder**<br>Signature of Attorney for Debtor(s)<br><br>**David E. Schroeder   Bar No. 32724**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**David Schroeder Law Offices, P.C.**<br>Firm Name<br><br>**1524 East Primrose, Suite A Springfield, MO 65804**<br>Address<br><br>**(417) 890-1000             (417) 886-8563**<br>Telephone Number<br><br>**9/6/2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X  **Not Applicable**<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  **s/ David Paris**<br>Signature of Authorized Individual<br><br>**David Paris**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**9/6/2011**<br>Date | |

UNITED STATES BANKRUPTCY COURT
Western District of Missouri

In re: **Cabinet and Bath Supply Inc.**,     Case No.
Debtor     Chapter **11**

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is **N/A**.

2. The following financial data is the latest available information and refers to debtor's condition on .

   a. Total assets     $ _____
   
   b. Total debts (including debts listed in 2.c., below)     $ **949,323.81**
   
                                                               Approximate number of holders
   
   c. Debt securities held by more than 500 holders.
   
       secured          unsecured          subordinated
   
   d. Number of shares of preferred stock
   
   e. Number of shares of common stock
   
   Comments, if any:

3. Brief description of debtor's business:
   
   **Manufacture, Sales, Distribution Cabinet Prod**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   
   **David Paris**

## United States Bankruptcy Court

### Western District of Missouri

In re:

**Cabinet and Bath Supply Inc.**

Case No.
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **David Paris**, declare under penalty of perjury that I am the **President** of **Cabinet and Bath Supply Inc.**, a **Missouri** Corporation and that on **10/11/1988** the following resolution was duly adopted by the **authorized representative** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **David Paris**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **David Paris**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **David Paris**, **President** of this Corporation, is authorized and directed to employ **David E. Schroeder**, attorney and the law firm of **David Schroeder Law Offices, P.C.** to represent the Corporation in such bankruptcy case."

Executed on:   **9/6/2011**

Signed:   **s/ David Paris**
**David Paris**

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Western District of Missouri

In re: **Cabinet and Bath Supply Inc.**
Debtor

Case No. _____
Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---:|
    | For legal services, I have agreed to accept | $ 20,000.00 |
    | Prior to the filing of this statement I have received | $ 20,000.00 |
    | Balance Due | $ 0.00 |

2. The source of compensation paid to me was:

    ☒ Debtor  ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☐ Debtor  ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d) [Other provisions as needed]
    **See Attached Employment Agreement**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
    **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **9/6/2011**

/s/ David E. Schroeder
**David E. Schroeder, Bar No. 32724**

**David Schroeder Law Offices, P.C.**
Attorney for Debtor(s)

# ATTORNEY EMPLOYMENT AGREEMENT
# (CHAPTER 11 BANKRUPTCY PROCEEDING)

WHEREAS, the undersigned party, hereinafter designated as "Client" is desirous of retaining DAVID SCHROEDER LAW OFFICES, P.C., and the undersigned attorney to represent it with respect to its current legal financial situation and the law firm and attorney is desirous of representing Client, and

WHEREAS, The rules of professional conduct suggests that attorneys have written agreements with clients regarding matters being handled and fees, and

THEREFORE, it is mutually agreed to as follows:

A. The attorney hereby agrees to represent Client with respect to the analysis of Client's financial situation and render advice and assistance to the Client in determining whether to file a Petition under Title 11 of the United States Code. Additional services to be rendered include the preparation and filing of the Petition, Schedules, and Statement of Affairs and other documents required by the Court, together with representation of the Client at the Debtor Interview and Meeting of Creditors. For compensation and for attorney's services, time and attorney fees limited to the service or services described, Client agrees to pay the attorney a prepaid advance payment retainer or fee of $20,000.00. The prepaid charge paid may, in the law firm's sole discretion, be retained in the law firm trust account or applied against charges for the afore-described services and is deemed earned upon receipt.

B. All services rendered or to be rendered in the future beyond the services previously described shall be charged at the law firm's standard hourly rate currently ranging from $200.00 to $285.00 for attorneys and $75.00 for legal assistants or paralegals. Hourly charges shall include telephone conferences, voice mail retrieval and response, research, receipt and review of correspondence and pleadings, drafting of pleadings and correspondence, trial preparation, as well as such other matters that may be necessary for disposition of the matter or matters relating to the representation. In addition to hourly charges, Client agrees to pay for all costs, including but not limited to court costs, filing fees, court reporting costs, transcripts, long distance telephone charges, postage and copy charges and any charges that the firm may in its discretion incur as the result of employment of investigators or appraisals. As security for payment of future services beyond the services and total fee charged in paragraph A above, Client shall pay the attorney a retainer of $20,000.00 plus advance Court costs of $1,040.00.

C. Client agrees to pay all fees due upon request and understands that failure to pay attorney fees may be a basis for the attorney withdrawing from the case. Payment is due upon receipt of statements following Bankruptcy Court approval, if applicable. Unpaid balances shall bear interest at the rate of One and Five-Tenths percent (1.5%) per month for each Thirty (30) day period the balance remains unpaid. In the event legal action is taken to collect any past-due balance, Client agrees to pay costs of collection, including court costs and attorney fees.

D. Client may discharge the attorney at any time, subject to Court approval. The attorney may withdraw with the Client's consent or for good cause, subject to Court approval, which includes any breach by the Client of this representation agreement. When the attorney's services conclude, all unpaid charges are immediately due, and the attorney will deliver to Client any funds or other property of Clients in the attorney's possession.

Executed and terms accepted this 6th day of September, 2011.

/s/ David Paris
David Paris, President
Cabinet Bath and Supply, Inc.


APPROVED:

DAVID SCHROEDER LAW OFFICES, P.C.


BY: /s/ David E. Schroeder
David E. Schroeder
Attorney for Debtor

Allied Bus Sales Inc
22157 Network Place
Chicago, IL  60673-1221


American Sharpening & Supply
Po Box 123
Avoca, AR  72711


AT&T Advertising & Publishing
PO Box 5010
Carol Stream, IL  60197-5010


Ballew Saw & Tool
325 S Kimbrough
Springfield, MO  65806


Bank Card Center
PO Box 8000
Jefferson City, MO  65102


Bertch Cabinet Co
PO Box 2280
Waterloo, IA  50704


Boyer's Tel-Com Services Inc
1915 S Stewart St.
Springfield, MO  65804


Cabinet-Mart
2010 E. Blaine
Springfield, MO  65803


Cardell Cabinetry
PO Box 200850
San Antonio, TX  78220-0850

Counter Top Trends LLC
PO Box 157
Gridley, KS  66852

Cox Health Plans
PO Box 5750
Springfield, MO  65801-5750

Dentworks
3165 S. Campbell
Springfield, MO  65807

Evans Cabinet Corporation
1321 N Franklin St.
Dublin, GA  31021

Fastenal Industrial & Constr.
380 Highway CC Bldg B102
Nixa, MO  65714

FedEx
PO Box 94515
Palatine, IL  60094-4515

Ferrellgas
1219 N Eaglecrest St.
Nixa, MO  65714

Hardware Resources
Box 347030
Pittsburg, PA  15251

Hartson-Kennedy Cabinet Top Co.
PO Box 3095
Marion, IN  46953

```
Inland Printing
637 W. College
PO Box 1574
Springfield, MO  65801



ISC Surfaces c/o Bank of America
PO Box 504576
St. Louis, MO  63150-4576



Kitchen Craft Cabintry
75 Remittance Drive #6341
Chicago, IL  60675-6341



Koch Cabinets
1809 N St.
Seneca, KS  66538



LaborMax Staffing
1668 E. Sunshine
Springfield, MO  65840



Metro Appliance & More
5571 N Main St.
Joplin, MO  64801



Modulararts Inc
944 NW Leary Way
Seattle, WA  98107



Mr Mart
PO Box 658
Nixa, MO  65714



Neale & Newman LLP
Atty One Corporate Centre
Springfield, MO  65804
```

```
Nixa Hardware & Seed Co.
PO Box 1560
Nixa, MO  65714




Oak Creek Parkway POA
PO Box 2224
Branson West, MO  65737




ORam Material
PO Box 5337
Kansas City, KS  66119-0337




Ozark Cultured Marble
3740 E. Evergreen
Springfield, MO  65803




Premier Dist
9250 Bond Road
Overland Park, KS




Putnam Roling Ladder
32 Howard Street
New York, NY  10013
C




Reliable Printing Solutions Inc
2230 Michigan Ave
Santa Monica, CA  90404




Sam's Club
3660 E Sunshine
Springfield, MO  65809




SCI
6909 Martindale Rd
Shawnee, KS  66218
```

```
Sechler Electric
1925 E. Phelps
Springfield, MO   65802




Sign Pro
2449 S. Campbell Ave
Springfield, MO   65807




Smart Cabinetry LLC
PO Box 72280
Cleveland, OH   44192




Springfield Blue Print
PO Box 50537
Springfield, MO   65805




Springfield Family Walk-In
4049 S. Campbell
Springfield, MO   65807-5303




Staples Credit Plan
PO Box 689020
Des Moines, IA   50368-9020




Steele Septic Service
3176 Wilson Road
Republic, MO   65738




Stepping Stones Office
214 E Jackson
Bolivar, MO   65613




Swan Saw Service Inc.
2200 N. Yellowood
Broken Arrow, OK   74012
```

```
Swift Transportation
PO Box 643985
Pittsburgh, PA  15264-3985




Taylor Marble
1660 W. Skyline
Ozark, MO  65721




The Berry Co.
PO Box 6000
Dayton, OH  45401-6000




The Onyx Collection
202 Anderson Ave
Belevue, KS  66407




The Works Auto & Tire
1840 N Commerce Dr
Nixa, MO  65714




Top Master Inc
PO Box 3706
Omaha, NE  68103-0706




US Bank
P oBox 790408
St. Louis, MO  63179-0408




US Bank CC
PO Box 790408
St. Louis, MO  63179-0408




US Granite and Tile
8684 US Highway 160 S.
Highlandville, MO  65669
```

Verified Service Directory
PO Box 14056
Springfield, MO  65814


Window Dudes
555 S. Farm Rd 137
Springfield, MO  65807


Wurth Baer Supply Co.
909 Forest Edge Drive
Vernon Hills, IL  60061

MOW 1009-1.2 (05/07)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE:                                              )
                                                    )
**Cabinet and Bath Supply Inc.**                    )
                                                    )
                                                    )   Case No.
                                                    )
    Debtor(s)                                       )
                                                    )

**VERIFICATION OF MAILING MATRIX**

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:  **9/6/2011**                                 **s/ David Paris**
                                                    **David Paris, President**
                                                              Signature of Debtor

Instructions: Include in voluntary petition package if matrix is filed at case opening. File as a separate document when a matrix or amended matrix is uploaded after the date the petition is filed.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Missouri

In re  **Cabinet and Bath Supply Inc.**  , Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Cardell Cabinetry<br>PO Box 200850<br>San Antonio, TX  78220-0850 | | | | $758,899.30 |
| Kitchen Craft Cabintry<br>75 Remittance Drive #6341<br>Chicago, IL  60675-6341 | | | | $38,148.10 |
| Koch Cabinets<br>1809 N St.<br>Seneca, KS  66538 | | | | $27,367.17 |
| Smart Cabinetry LLC<br>PO Box 72280<br>Cleveland, OH  44192 | | | | $22,460.08 |
| Counter Top Trends LLC<br>PO Box 157<br>Gridley, KS  66852 | | | | $21,944.79 |
| Neale & Newman LLP<br>Atty One Corporate Centre<br>Springfield, MO  65804 | | | | $11,826.37 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Cabinet and Bath Supply Inc.**  
        Debtor

Case No. _____

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Cox Health Plans<br>PO Box 5750<br>Springfield, MO  65801-5750 | | | | $6,556.00 |
| Cabinet-Mart<br>2010 E. Blaine<br>Springfield, MO  65803 | | | | $6,400.86 |
| Allied Bus Sales Inc<br>22157 Network Place<br>Chicago, IL  60673-1221 | | | | $5,703.19 |
| Bertch Cabinet Co<br>PO Box 2280<br>Waterloo, IA  50704 | | | | $4,745.47 |
| SCI<br>6909 Martindale Rd<br>Shawnee, KS  66218 | | | | $4,710.30 |
| US Bank CC<br>PO Box 790408<br>St. Louis, MO  63179-0408 | | | | $3,984.48 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Cabinet and Bath Supply Inc.**      Case No. _____

             Debtor      Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Hartson-Kennedy Cabinet Top Co.<br>PO Box 3095<br>Marion, IN 46953 | | | | $3,664.93 |
| US Granite and Tile<br>8684 US Highway 160 S.<br>Highlandville, MO 65669 | | | | $3,385.00 |
| US Bank<br>P oBox 790408<br>St. Louis, MO 63179-0408 | | | | $3,335.69 |
| Modulararts Inc<br>944 NW Leary Way<br>Seattle, WA 98107 | | | | $2,218.00 |
| Sechler Electric<br>1925 E. Phelps<br>Springfield, MO 65802 | | | | $2,178.78 |
| Swift Transportation<br>PO Box 643985<br>Pittsburgh, PA 15264-3985 | | | | $2,125.20 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Cabinet and Bath Supply Inc.**                                                    Case No. _____
                                         Debtor                                            Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Steele Septic Service<br>3176 Wilson Road<br>Republic, MO  65738 | | | | $2,125.00 |
| Ozark Cultured Marble<br>3740 E. Evergreen<br>Springfield, MO  65803 | | | | $2,106.34 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, David Paris, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **9/6/2011**                      Signature:  **s/ David Paris**

                                         **David Paris ,President**
                                         (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

United States Bankruptcy Court
Western District of Missouri

In re:   Cabinet and Bath Supply Inc.                                         Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| David Paris<br>882 W. Tracker Road<br>Nixa, MO  65714 | Common | | 100% |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **David Paris**, **President** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:   9/6/2011

s/ David Paris

David Paris, President, Cabinet and Bath Supply Inc.
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.